1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  CALIXTO TUMBACO,

12                          Petitioner,

13           v.

14  B. BIRKHOLZ, WARDEN,

15                          Respondent.

Case No. 2:23-cv-10663-FMO-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

16
17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records
18  and files herein, and the Report and Recommendation of the United States Magistrate
19  Judge.  The time for filing Objections to the Report and Recommendation has passed and
20  no Objections have been received.  Accordingly, the Court accepts and adopts the
21  findings, conclusions, and recommendations of the Magistrate Judge.

22          IT IS ORDERED that Judgment be entered DISMISSING this action WITHOUT
23  PREJUDICE because the First Step Act claim is not ripe for adjudication and the claims
24  are otherwise unexhausted.

25
26
    DATED:  November 20, 2024
27
                                            _____
                                                      /s/
28                                          FERNANDO M. OLGUIN
                                            UNITED STATES DISTRICT JUDGE