# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIXTO TUMBACO, | Case No. 2:23-cv-10663-FMO-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| B. BIRKHOLZ, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: November 20, 2024

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE